IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA          '
Plaintiff                         '
vs                                '    CRIMINAL 99-0196CCC
2) IRVIN FIGUEROA-BENITEZ         '
<u>Defendant</u>                         '

### O R D E R

The Motion Notifying Violations of Supervised Release Conditions and Request for Issuance of Summons filed on March 16, 2007 by the U.S. Probation Officer (**docket entry 215**) is referred to the U.S. Magistrate Judge for preliminary hearing on probable cause to order revocation and for report and recommendation.

The Clerk of Court to issue the corresponding **summons** forthwith to releasee Irvin Figueroa-Benítez and notify counsel for releasee and for the government with copy of this Order. The releasee to be brought before the U.S. Magistrate Judge upon being summoned.

SO ORDERED.

At San Juan, Puerto Rico, on March 27, 2007.

S/CARMEN CONSUELO CEREZO
United States District Judge