AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE  DISTRICT OF  PUERTO RICO

**UNITED STATES OF AMERICA,**  APPEARANCE

    Plaintiff,

      v.  CASE NO. 99-196(CCC)

**IRVING FIGUEROA**

    Defendant.

To the Clerk of this court and all parties of record:

    Enter my appearance as **lead counsel** in this case for the United States of America. Any other prior Assistant U.S. Attorney who has filed an appearance form in this case is to be terminated.

April 3, 2007
Date

    s\Scott H. Anderson
    Scott H. Anderson - G00214
    Assistant U.S. Attorney
    Torre Chardón, Room 1201
    350 Carlos Chardón Avenue
    San Juan, PR 00918
    Tel. (787) 766-5656

**Notice of Appearance**
US v. Irving Figueroa
Criminal No. 99-196(CCC)
Page 2

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF to the counsel of record.

      At San Juan, Puerto Rico, this 3rd day of April 2007.


                                    s\Scott H. Anderson
                                    Scott H. Anderson - G00214
                                    Assistant U.S. Attorney