IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| United States of America<br><br>Plaintiff<br><br>v.<br><br>2- Irvin Figueroa<br><br>Defendant | CASE NO.   99-196 (CCC)   |

**ORDER**

Because the above named defendant has testified under oath or has otherwise satisfied this Court that

       (1)   is financially unable to employ counsel,

       (2)   does not wish to waive counsel,

and because the interest of justice so require, the Federal Public Defender is hereby appointed to represent the defendant in this case until the same is terminated or a substitute attorney is appointed.

BY ORDER OF THE COURT, NUNC PRO TUNC   _____

At San Juan, Puerto Rico, on     April 13, 2007   _____

FRANCES RÍOS DE MORÁN
Clerk of the Court


By: s/ Jyoti Mehta-López
     Courtroom Deputy Clerk