IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA <br> Plaintiff <br> vs <br> 2) IRVIN FIGUEROA <br> Defendant | CRIMINAL 99-0196CCC |

# O R D E R

      The Magistrate Judge held a hearing for defendant to show cause why the term of supervised release being served by him should not be revoked for his failure to comply with the conditions imposed. The Magistrate Judge has made a preliminary finding that defendant has violated the terms of his supervised release (**docket entry 225**). Accordingly, the defendant is hereby GRANTED a final term of eleven (11) days after notice to inform whether he will present any further argument or additional evidence on this issue before the Court makes its final ruling. The defendant is advised that, if no additional matters are raised, the final determination will be made based on the record before us.

      **The final revocation hearing is set for May 22, 2007 at 4:30 p.m.**

      At this hearing, probationer will be entitled:

1. to the disclosure of evidence against him,
2. to present evidence in his own behalf,
3. to the opportunity to question witnesses against him,
4. to be represented by counsel.

SO ORDERED.

At San Juan, Puerto Rico, on April 23, 2007.

                                                             S/CARMEN CONSUELO CEREZO
                                                             United States District Judge