IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                    May 22, 2007

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

UNITED STATES OF AMERICA

Plaintiff

vs                                                             CRIMINAL 99-196CCC

**2) IRVIN FIGUEROA-BENITEZ**

Defendants
_____

    By order of the Court, the revocation hearing set for today is VACATED. After considering the Report and Recommendation, the Court has decided not to revoke and will enter a separate order on the Motion for Revocation.

S/Gretchen S. Rodriguez
Courtroom Deputy Clerk