IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs<br><br>2- IRVIN FIGUEROA-BENITEZ<br>Defendant | CRIMINAL 99-0196 CCC |

**ORDER**

The Report and Recommendation filed by U.S. Magistrate Judge Bruce J. McGiverin (docket entry 225) is NOTED. Defendant Irvin Figueroa-Benitez is sternly admonished that he must strictly comply with all the imposed conditions of supervised release and is further advised that any future violations may result in the initiation of revocation proceedings. The U.S. Probation Office shall promptly report to the Court any additional violations.

SO ORDERED.

At San Juan, Puerto Rico, on May 29, 2007.

S/CARMEN CONSUELO CEREZO
United States District Judge