UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| Vs. | 99-CR-196-01 (CCC) |
| **FIGUEROA-BENITEZ, Irvin O.** | |

## ORDER

By the Order of the Honorable Carmen C. Cerezo, United States District Court Judge, the pre-sentence investigation report is hereby returned to the U.S. Probation Office.

IT IS SO ORDERED.

San Juan, Puerto Rico, this June 4, 2007.

                **FRANCES RIOS DE MORAN**
                Clerk of the Court

                By: Felix Toledo
                Interpreter/Deputy Clerk

**ACKNOWLEDGMENT:**

I hereby acknowledge receipt of the pre-sentence investigation report

on _____

Eustaquio Babilonia
Chief U.S. Probation Officer

By: _____